# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. **14 - 2 4 6 0 JMC**
  WELLS FARGO BANK )
  ACCOUNT NUMBER 7736318259 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: WELLS FARGO BANK ACCOUNT NUMBER 7736318259 AND ITEMS CONTAINED THEREIN.

located in the _____ District of ___MARYLAND___ , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B TO AFFIDAVIT.

____FILED  ____ENTERED
____LODGED ____RECEIVED

NOV 1 3 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 846 | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SPECIAL AGENT TODD EDWARDS, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/30/14

_____
*Judge's signature*

City and state: BALTIMORE, MARYLAND    J. MARK COULSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

