AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC 19 PM 12: 22

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**WELLS FARGO BANK<br>ACCOUNT NUMBER 7736318259** | )<br>)<br>)   Case No.   **14-2460 JMC**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____**MARYLAND**_____
*(identify the person or describe the property to be searched and give its location):*

**WELLS FARGO BANK ACCOUNT NUMBER 7736318259 AND ITEMS CONTAINED THEREIN.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
**SEE ATTACHMENT B TO AFFIDAVIT.**

**YOU ARE COMMANDED** to execute this warrant on or before    **November 12, 2014**    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    **THE DUTY MAGISTRATE**
                                                                                                                                       *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    10/30/14 2:00 pm    _____
                                                                                        *Judge's signature*

City and state:    **BALTIMORE, MARYLAND**    **J. MARK COULSON, U.S. MAGISTRATE JUDGE**
                                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 14-2460 JMC | Date and time warrant executed: 10/30/2014 2:30 p.m. | Copy of warrant and inventory left with: BANK PERSONNEL |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

ON 10/30/2014, AT APPROXIMATELY 2:30 PM, ABOVE WARRANT WAS SERVED AT THE WELLS FARGO BANK LOCATED AT 7 SAINT PAUL STREET, BALTIMORE, MD 21202.

ON 11/12/2014 A CHECK IN THE AMOUNT OF $1,001.00 WAS RECEIVED VIA FED EX.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/18/2014

_____
Executing officer's signature

MARK LESTER, S/A
Printed name and title

14-2460 JMC